Tyler *et al. v.* Bowlus.

longer as might be necessary to oust her of a possession which she continued to hold wrongfully after the year for redemption had expired. We think the judgment for damages against the female appellant, is not for too large an amount, and should be affirmed.

But as to the male appellant, as he did not occupy under the statute as a judgment defendant, but only by the sufferance, and as the companion, of his wife, he can not be charged under the statute for rents and profits, and the judgment for damages against him is erroneous.

We think, under the provision of the act, in our code, for the recovery of the possession of real property, contained in section 600, 2 R. S. 1876, p. 252, we can reverse the judgment in the case as to one and affirm as to the other defendant. It reads thus: "Where there are two or more plaintiffs or defendants, any one or more of the plaintiffs may recover against one or more of the defendants, the premises or any part thereof, or any interest therein, or damages according to the right of the parties; but the recovery shall not be for a greater interest than that claimed. See also, sec. 366, 2 R. S. 1876, p. 185.

The judgment for the recovery of possession is affirmed, as to both defendants, with costs. The judgment for the recovery of damages is affirmed against the female defendant, Mrs. Clements, but as to the male defendant, Converse Clements, the judgment for the recovery of damages is reversed, without costs.

---

TYLER ET AL. *v.* BOWLUS.

From the Warren Circuit Court.

*L. T. Miller*, for appellants.

*J M. Rabb* and *J. W. Sutton*, for appellee.

BIDDDE, J.—This case is legally the same as the case of *Tyler v. Bowlus*, decided at the present term, *ante*, p. 333.

The judgment, therefore, is affirmed, with costs.